UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mai V., | File No. 17-cv-4347 (ECT/DTS) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Kilolo Kijakazi, *Acting Commissioner of Social Security*, | |
| Defendant. | |

---

Magistrate Judge David T. Schultz issued a Report and Recommendation on September 12, 2022. ECF No. 55. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 55] is **ACCEPTED**; and

2. Plaintiff's Motion for Attorneys' Fees under 42 U.S.C. § 406(b) [ECF No. 47] is **GRANTED**;

3. Plaintiff is awarded attorneys' fees in the amount of $29,378.63; and

4. Plaintiff's counsel shall refund $7,680.00 to Plaintiff Mai V., representing the EAJA fees previously awarded.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 30, 2022              s/ Eric C. Tostrud
                                       Eric C. Tostrud
                                       United States District Court